| | |
|---|---|
| 1 | Lawrence D. Rohlfing |
| | Attorney at Law: 119433 |
| 2 | Law Offices of Lawrence D. Rohlfing |
| | 12631 East Imperial Highway, Suite C-115 |
| 3 | Santa Fe Springs, CA 90670 |
| | Tel.: (562)868-5886 |
| 4 | Fax: (562)868-5491 |
| | E-mail: rohlfing.office@rohlfinglaw.com |

Attorneys for Plaintiff
Jerry Thornton

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JERRY THORNTON, | ) Case No.: 2:12-cv-01895-JCG |
| | ) |
| Plaintiff, | ) ORDER OF DISMISSAL |
| | ) |
| vs. | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE: August 30, 2012

_____
THE HONORABLE JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE

-1-

1  DATE: August 30, 2012          Respectfully submitted,

2                                 LAW OFFICES OF LAWRENCE D. ROHLFING
                                      /s/ *Lawrence D. Rohlfing*
3                             BY:_____
                                  Lawrence D. Rohlfing
4                                 Attorney for plaintiff Jerry Thornton

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26


# CERTIFICATE OF SERVICE
# FOR CASE NUMBER 2:12-CV-01895-JCG

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on August 30, 2012.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Lawrence D. Rohlfing*

_____
Lawrence D. Rohlfing
Attorneys for Plaintiff
_____